# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CASTANEDA and SARAI CASTANEDA,<br><br>Plaintiffs<br><br>v.<br><br>ALEX MILANO and SUPERIOR OVERNIGHT SERVICES, INC.,<br><br>Defendants | Case No.: 2:23-cv-01120-APG-DJA<br><br>**Order (1) to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction and (2) Striking Certificate of Interested Parties** |

Defendant Superior Overnight Services, Inc. removed this action from state court based on diversity jurisdiction. ECF No. 1. However, according to the plaintiff's complaint, both the plaintiff and defendant Alex Milano are Nevada citizens. ECF No. 1-1 at 2. Superior's removal petition does not mention Milano's citizenship. ECF No. 1.

Additionally, Superior's certificate of interested parties (ECF No. 2) does not comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Superior's citizenship as required by the recent amendment to that rule.

I THEREFORE ORDER that by August 18, 2023, defendant Superior Overnight Services, Inc. shall show cause in writing why this action should not be remanded to state court for lack of subject matter jurisdiction. Failure to respond by that date will result in remand.

I FURTHER ORDER defendant Superior Overnight Services, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN. Superior must file a proper certificate of interested parties by August 18, 2023.

DATED this 24th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE